# In the United States Court of Federal Claims

| | |
|---|---|
| JEFFREY M. TRINKLEIN and ANNE A. TRINKLEIN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | No. 16-933T <br> Filed: September 24, 2018 |

## O R D E R

The court is in receipt of the parties' September 24, 2018 joint stipulation of dismissal to dismiss the above captioned case with prejudice. Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims (2018), the court **ORDERS** that the above captioned case be **DISMISSED** with prejudice, with each party to bear its own costs of the litigation, including any attorney's fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**